UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYNN L. HARDIN,

           Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C23-5439 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 16, 2023, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including October 30, 2023, to file a reply brief.

DATED this 14th day of September, 2023.

                              Ricardo S. Martinez
                              United States District Judge